IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| W & L VENTURES, INC., *et al.*, | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. H-13-0754 |
| | § | |
| EAST WEST BANK, | § | |
| | § | |
| Defendant. | § | |

## ORDER

The plaintiffs' Emergency Motion for Continuance of April 8, 2013 Submission Date on East West Bank's Dispositive Motions is opposed. Counsel for defendant must file its opposition by **March 28, 2013**.

SIGNED on March 25, 2013, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge