**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| W & L VENTURES, INC., *et al.*, | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. H-13-0754 |
| | § | |
| EAST WEST BANK, | § | |
| | § | |
| Defendant. | § | |

**ORDER GRANTING MOTION**
**TO EXPUNGE LIS PENDENS**

For the reasons stated in this court's Memorandum and Order entered this date, the court grants the defendant's motion to expunge the *lis pendens* on the tracts of property identified in plaintiff's complaint. A copy of this order is to be filed with the Official Public Records of Fort Bend County, Texas.

SIGNED on August 1, 2014, at Houston, Texas.

Lee H. Rosenthal
United States District Judge