IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| W & L VENTURES, INC., *et al.*, | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. H-13-0754 |
| | § | |
| EAST WEST BANK, | § | |
| | § | |
| Defendant. | § | |

## FINAL JUDGMENT

Based on the order issued on this date, and the court's prior rulings dismissing certain claims with prejudice, the court dismisses the remaining claims with prejudice.

This is a final judgment.

SIGNED on August 18, 2014, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge